UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO ARMENDARIZ,
2. ALONSO BARRENDEY,
3. RUBEN BUSTAMANTE,
4. KARL CDEBACA,
5. CLAUDIA GUTIERREZ,
6. XALLIER PATTERSON, and
7. MARVIN TABOR

    Defendants.

## ORDER

THIS MATTER is before the Court on the Government's Motion to Correct Indictment [ECF No. 11] wherein the Government asks this Court to replace the originally filed Indictment with a corrected Indictment. It is

ORDERED that the Government's motion is **GRANTED**.

Dated: November 4, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge