UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MARIO ARMENDARIZ,
2. ALONSO BARRENDEY,
3. RUBEN BUSTAMANTE,
4. KARL CDEBACA,
5. CLAUDIA GUTIERREZ,
6. XALLIER PATTERSON, and
7. MARVIN TABOR

     Defendants.

## SCHEDULING ORDER

On December 8, 2010 I conducted a hearing on the Government's Unopposed Motion for an Ends of Justice Continuance on Grounds of Complexity and ordered the parties to confer and submit a joint proposed scheduling order.  Having reviewed the Notice of Filing Joint Proposed Scheduling Order, it is

     ORDERED as follows:

     That the following motions and concomitant responses shall be filed as required in the table below.

| Type of Motion | Motion Filing Deadline | Response Filing Deadline |
|---|---|---|
| All motions that must be made before trial as enumerated in Fed. R. Crim. P. 12(b)(3)(A), (B), and (E) | July 15, 2011 | July 29, 2011 |
| Wiretap suppression motions | July 29, 2011 | September 12, 2011 |
| Motions to Suppress (other than motions relating to wiretaps and motions under 18 U.S.C. § 3501) | August 12, 2011 | August 26, 2011 |
| Motions under 18 U.S.C. § 3501 (motions impugning the admissibility of confessions) | August 12, 2011 | August 26, 2011 |
| Motions under Fed. R. Crim. P. 14 or 12(b)(3)(D) | August 26, 2011 | September 9, 2011 |

It is FURTHER ORDERED

That a half-day hearing on all motions that must be made before trial as enumerated in Fed. R. Crim. P. 12(b)(3)(A), (B), and (E), is **SET** for **Monday, August 15, 2011 at 9:00 A.M.**  It is

FURTHER ORDERED

That a hearing on all other motions is **SET** to begin **Monday, September 19, 2011 at 1:30 PM** and continue on **Tuesday, September 20, 2011 at 9:00 AM.**

Dated:  February 25, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge