UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIO ARMENDARIZ,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Mario Armendariz filed a Notice of Disposition [ECF No. 178] in the above matter on May 20, 2011.  A Change of Plea hearing is set for **Friday, July 1, 2011 at 9:00 AM.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

      Dated:  May 20, 2011