UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MARIO ARMENDARIZ,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict in the Court's schedule, the sentencing hearing set for Tuesday, September 20, 2011 is **VACATED**.  The sentencing hearing is **RESET** to **Friday, October 28, 2011** at **3:00 PM.**

      Dated:  September 13, 2011