IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00454-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARIO ARMENDARIZ,

 Defendant.

## ORDER DISMISSING INDICTMENT

 THE COURT upon review of the motion of the United States requesting an Order dismissing, with prejudice, the indictment against the defendant MARIO ARMENDARIZ only, and finding good cause contained therein, it is hereby

 ORDERED that Government's Motion to Dismiss Indictment as to Mario Armendariz Only (ECF Doc. #315), filed October 17, 2011, is **GRANTED.**  It is further

 ORDERED that the above-captioned Indictment is dismissed, with prejudice, as to defendant MARIO ARMENDARIZ only.

 Dated:  November 1, 2011.

              BY THE COURT:


              s/ Wiley Y. Daniel
              WILEY Y. DANIEL,
              CHIEF UNITED STATES DISTRICT JUDGE